IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEYA TURNER**                                                                 **PLAINTIFF**

v.                                   No. 3:18-cv-168-DPM

**CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas**                                              **DEFENDANTS**

## ORDER

Defendants' status report, № 15, appreciated. Turner must provide initial disclosures and respond to discovery by 19 April 2019. If she does not, Defendants must promptly advise the Court.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2019