# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KEYA TURNER**                                                                 **PLAINTIFF**

v.                          No. 3:18-cv-168-DPM

**CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas**                                                        **DEFENDANTS**

## ORDER

1. Joint status report, № 17, noted and appreciated.

2. Motion, № 18, denied without prejudice. At this stage, neither the facts nor the claims are complex enough to warrant appointed counsel. And Turner has adequately represented herself so far. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). If this case needs to be tried, then the Court will reconsider.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 April 2019