# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KEYA TURNER**  PLAINTIFF

v.  No. 3:18-cv-168-DPM

**CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas**  DEFENDANTS

## ORDER

The Court has received the attached letter from Defendants' lawyer.* The Court directs Turner to review Federal Rule of Civil Procedure 26(a)(1) and provide initial disclosures to Defendants' lawyer by 10 May 2019. Turner should also review her responses to discovery, № 19, and provide any additional responsive information she knows by the same date.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

3 May 2019

---

* The Court directs that all future substantive communications be filed on the docket.

# WILLIAM C. MANN, III
## ATTORNEY AT LAW
P. O. Box 38
301 W. 2nd Street
North Little Rock, AR 72115

**Telephone:** 501-978-6131
**Facsimile:** 501-978-6561
**Email:** bmann@arml.org

**Jennifer Johnson, Paralegal**
**Direct Line:** 501-978-6120
**Email:** jjohnson@arml.org

May 2, 2019

**Via Electronic Mail**

Honorable D. Price Marshall
United States District Judge
600 West Capitol, Room B149
Little Rock, Arkansas 72201
dpmchambers@ared.uscourts.gov

RE: *Turner v. West Memphis*
U.S.D.C. 3:18CV168-DPM

Dear Judge Marshall:

I am writing as directed in your Order entered in this case on 03 April 2019.[1] In the order, you directed Plaintiff to provide her initial disclosures and responses to Defendants' discovery requests by 19 April 2019, and, if she did not do so, Defendants were directed to promptly notify the Court.

Plaintiff filed an incomplete response to the discovery requests on 19 April but has not provided her initial disclosures. In an effort to attempt to resolve the matter amicably without further involvement by the Court, undersigned counsel asked Plaintiff to complete her responses and provide the disclosures by 01 May 2019. She has not done so.

Given the 31 May 2019 discovery deadline in the case, undersigned counsel has scheduled Plaintiff's deposition for 14 May. It would be very helpful to have complete discovery responses and initial disclosures by that date in order to conduct a thorough deposition. I would therefore respectfully request that you enter an Order directing Plaintiff to complete her responses to discovery and provide her initial disclosures by 10 May 2019.

Sincerely,

William C. Mann, III

cc: Ms. Keya Turner (via electronic mail)

---

[1] Dkt. No. 16.