# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KEYA TURNER**                                                                 **PLAINTIFF**

v.                               No. 3:18-cv-168-DPM

**CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas**                                        **DEFENDANTS**

## ORDER

Status report, № 28, appreciated. The Amended Final Scheduling Order, № 27, is suspended. The Court directs Mr. Walker's office to send this Order to Turner. If new counsel for Turner hasn't appeared by 20 December 2019, she'll be *pro se*. In that event, she must provide her contact information to the Court by that date. After that's sorted out, a Second Amended Final Scheduling Order will issue. If defense counsel has Turner's contact information, please mail her this Order, too. Motion, № 29, granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019