# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEYA TURNER**                                                    **PLAINTIFF**

v.                        No. 3:18-cv-168-DPM

**CITY OF WEST MEMPHIS,**
**ARKANSAS; and WILLIAM**
**H. JOHNSON, Mayor, City of**
**West Memphis, Arkansas**                                         **DEFENDANTS**

## ORDER

No attorney has appeared for Ms. Turner. She'll be *pro se*. № 30. The Court directs the Clerk to update the docket to remove the late Mr. John Walker as counsel and add Ms. Turner's contact information found in the certificate of service in № 29. A Second Amended Final Scheduling Order with a new trial date will issue.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020