IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEYA TURNER                                                         PLAINTIFF

v.                            No. 3:18-cv-168-DPM

CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas                                          DEFENDANTS

## ORDER

To better manage the Court's schedule, the trial date is continued to 12 April 2021. All deadlines remain the same.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2020