## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KEYA TURNER                                                          PLAINTIFF

v.                                    No. 3:18-cv-168-DPM

CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas                                           DEFENDANTS

### ORDER

Turner has not responded to Defendants' motion for summary judgment, *Doc. 42*. If she does not respond on the merits by 18 December 2020, and explain the reason for her late response, the Court will rule on the current papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 December 2020