IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEYA TURNER                                                                          PLAINTIFF

v.                                  No. 3:18-cv-168-DPM

CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas                                                         DEFENDANTS

## ORDER

Turner has not responded to the West Memphis defendants' motion for summary judgment. She is proceeding *pro se* after the death of her lawyer. The Court authorized her to file belated responding papers and an explanation for the delay. She did not. All the material facts stated by the West Memphis defendants, *Doc. 44*, are therefore admitted. LOCAL RULE 56.1(c). The Court has also reviewed the comprehensive record provided by the defendants.

The official capacity Title VII claim against Mayor Johnson drops out—this is a suit against West Memphis. Turner was not treated differently because she's a woman—male and female city employees are subject to various rules. A fellow employee sexually harassed her with unwelcome remarks, looks, and a touch; but promptly after Turner reported this, the city investigated, warned the other employee, and then fired him after he harassed her again with another remark.

Turner therefore has no solid hostile work environment claim. And there's insufficient evidence to create a jury issue on retaliation. Like other employees, including men, she received a written warning because she violated a city rule. The warning was not given because she reported the co-worker's harassment, filed an EEOC charge, or had filed an EEOC charge against the city in 2014. Defendants' unopposed motion, *Doc. 42*, is granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 December 2020