IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEYA TURNER                                                                                    PLAINTIFF

v.                                         No. 3:18-cv-168-DPM

CITY OF WEST MEMPHIS,
ARKANSAS; and WILLIAM
H. JOHNSON, Mayor, City of
West Memphis, Arkansas                                                                   DEFENDANTS

## JUDGMENT

Turner's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2020